IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROCK THE OCEAN PRODUCTIONS, LLC, )<br>                                                          )<br>**Plaintiff,**                         )<br>                                                          )<br>v.                                                        )<br>                                                       )<br>**H1 EVENTS, LLC**               )<br>                                                       )<br>**Defendant.**                    ) | Case No. 2:15-mc-5189 |

## MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES

Plaintiff Rock the Ocean Productions, LLC ("RTO"), in supports of its Motion for Attorneys' Fees, submits this memorandum. RTO seeks $4,045 in attorneys' fees.

Pursuant to this Court's Order of March 28, 2016, granting Plaintiff's Motion to Compel, Plaintiff is entitled to recover its reasonable attorneys' fees incurred in making its October 15, 2015 Motion to Compel Compliance of the May 21, 2015 Subpoena Duces Tecum served upon H1 Events, LLC ("H1"). Courts utilize the "lodestar" method to determine the reasonableness of a fee application, which involves multiplying the number of hours reasonably expended on the litigation by a reasonable hourly rate. *See Watkins v. Fordice*, 7 F.3d 453, 457 (5th Cir. 1993). In determining the reasonableness of the lodestar figure, courts should consider the twelve factors enumerated in *Johnson v. Ga. Highway Express, Inc.,* 488 F.2d 714, 717-19 (5th Cir. 1974).[1]

---

[1] The *Johnson* factors are as follows: (1) the time and labor required; (2) the novelty and difficulty of the question; (3) the skill required to perform the legal service properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.

Here, the appropriate lodestar figure in this case is $4,045, which corresponds to the number of hours worked and actually billed by the involved attorneys multiplied by each timekeeper's hourly billing rate. A breakdown of these fees may be found in Exhibits 5 and 6 attached to the motion. Blue Williams, LLP, acting as local counsel, incurred $770.50 in attorneys' fees. (*See* Exhibit 6.) Riley Warnock & Jacobson, PLC incurred $3,267.50 in attorneys' fees to compel compliance. These fees are reasonable, particularly because much of counsel's time was spent attempting to work cooperatively with H1's counsel to obtain compliance with the subpoena, yet despite these best efforts, H1 failed to comply.

RTO therefore respectfully requests the Court to award RTO a total of $4,045 in attorneys' fees.

Respectfully submitted,

s/ Kurt S. Blankenship
Kurt S. Blankenship (# 3131) T.A.
Christopher M. Natcher (# 32494)
Blue Williams, L.L.P.
3421 N. Causeway Blvd, Suite 900
Metairie, Louisiana 70002
Phone: (504) 831-4091
Fax: (504) 849-3028
kblankenship@bluewilliams.com
chatcher@bluewilliams.com
*Counsel for Plaintiff, Rock the Ocean Productions, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System upon the following:

David M. Charlton
Breazeale, Sachse & Wilson, L. L. P (Baton Rouge)
One American Place
301 Main Street
Suite 2300
P.O. Box 3197
Baton Rouge, LA 70821
225-387-4000
Email: david.charlton@bswllp.com

this 8th of April, 2016.

                s/  Kurt S. Blankenship